# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

**CANDICE HAYNES**
1300 Congress Street SE, Unit 8
Washington, DC 20032
Phone: (202) 926-6388
Plaintiff, *Pro Se,*

Case: 1:25-cv-03837   JURY DEMAND
Assigned To : Unassigned
Assign. Date : 10/31/2025
Description: Pro Se Gen. Civ. (F-DECK)

v.

**HON. MARGOT F. REAGAN**, Retired Judge, Indiana State Court
**HON. MICHAEL DIPIETRO**, Judge, Circuit Court for Baltimore City
**HON. LAWRENCE FLETCHER-HILL**, Judge, Circuit Court for Baltimore City
**HON. CHARLES J. PETERS**, Judge, Circuit Court for Baltimore City
**SEVEN UNKNOWN OFFICERS OF THE METROPOLITAN POLICE DEPARTMENT OF WASHINGTON D.C.**
**TWO UNKNOWN OFFICERS OF THE BALTIMORE POLICE DEPARTMENT**
**TWO UNKNOWN DPSCS PRETRIAL SERVICES OFFICERS**
**BRITTA REGELMANN**, Attorney for Sylvester Mitchell Sr.
**SYLVESTER MITCHELL SR.**, Private Individual
**CITY OF BALTIMORE**
**DISTRICT OF COLUMBIA**

Defendants.

Civil Action No. _____

**RECEIVED**

OCT 3 1 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983

# I. INTRODUCTION

1. This is a civil-rights action brought by Plaintiff Candice Haynes, a United States Air Force veteran and Washington, D.C. resident, against multiple public officials and private actors who, acting individually and in concert, deprived her of constitutionally protected rights through wrongful court actions, unlawful arrests, coercive supervision, and retaliation for protected speech and whistleblowing.

2. Defendants' actions violated Plaintiff's rights under the **First, Fourth, Eighth, and Fourteenth Amendments** to the United States Constitution. Plaintiff seeks compensatory and punitive damages, declaratory and injunctive relief, and any other relief this Court deems just.

# II. JURISDICTION AND VENUE

3. This Court has jurisdiction under **28 U.S.C. §§ 1331, 1343, and 42 U.S.C. § 1983**.

4. Venue is proper in this district under **28 U.S.C. § 1391(b)** because many of the acts complained of occurred within the District of Columbia and several defendants reside or are employed here.

# III. PARTIES

5. **Plaintiff Candice Haynes** is a veteran and resident of Washington, D.C.

6. **Defendant Margot F. Reagan**, retired Indiana judge, acted under color of state law by issuing and later permitting misuse of a 2015 custody order.

7. **Defendants Michael DiPietro, Lawrence Fletcher-Hill, and Charles J. Peters** are judges of the Circuit Court for Baltimore City who deprived Plaintiff of due process and equal protection.

8. **Seven unknown Metropolitan Police Department officers** unlawfully arrested Plaintiff in D.C. using excessive force.

9. **Two unknown Baltimore Police Department officers** wrongfully re-arrested Plaintiff after charges had been dismissed.

10. **Two unknown DPSCS Pretrial Services officers** coerced and intimidated Plaintiff during mandatory supervision.

11. **Defendant Britta Regelmann**, attorney for Sylvester Mitchell Sr., conspired with state actors to misuse court process and suppress evidence.

12. **Defendant Sylvester Mitchell Sr.**, Plaintiff's former spouse, acted jointly with state officials to interfere with custody, communication, and parental rights.

13. **Defendant City of Baltimore** and **Defendant District of Columbia** are municipal entities responsible for training, supervision, and discipline of their employees and for maintaining policies that caused the constitutional violations herein.

## IV. FACTUAL ALLEGATIONS

14. In 2015, Judge Margot F. Reagan issued an Indiana custody order later misused by Defendant Mitchell Sr. to interfere with Plaintiff's parental rights after she lawfully relocated to Maryland.

15. Between 2021 and 2025, Defendants engaged in coordinated actions resulting in deprivation of Plaintiff's custody rights, public humiliation, and unlawful imprisonment.

16. On or about December 18, 2024, Defendant Mitchell Sr. removed the parties' minor child from school in Washington, D.C. without notice, using the expired 2015 order.

17. Plaintiff was subsequently arrested by seven Metropolitan Police Department officers despite no valid warrant, subjected to excessive force, and publicly humiliated in front of neighbors.

18. After charges were dismissed in May 2025, two Baltimore Police officers re-arrested Plaintiff based on false or stale information.

19. During this period, two DPSCS Pretrial Services officers required twice-weekly check-ins, causing psychological trauma and violating her liberty interest without lawful justification.

20. Judges DiPietro, Fletcher-Hill, and Peters ignored material evidence of abuse, denied emergency hearings, and permitted continued enforcement of void orders.

21. Attorney Britta Regelmann knowingly filed and enforced fraudulent pleadings and communications designed to mislead the courts and obstruct Plaintiff's access to justice.

22. As a result of these actions, Plaintiff suffered severe emotional distress, reputational harm, financial loss exceeding $70,000 in wages, and damage to her parental relationship.

## V. CLAIMS FOR RELIEF

### Count I – Fourteenth Amendment (Due Process & Equal Protection)

23. All defendants, acting under color of state law, deprived Plaintiff of her liberty and property interests in the care and custody of her child without due process of law and denied her equal protection by treating her differently from similarly situated parents.

### Count II – Fourth Amendment (Unlawful Seizure and Arrest)

24. The MPD and Baltimore officers, in concert with other defendants, arrested Plaintiff without probable cause, used excessive force, and subjected her to unreasonable seizure in violation of the Fourth Amendment.

### Count III – First Amendment (Retaliation for Protected Speech and Whistleblowing)

25. Defendants retaliated against Plaintiff for exercising her rights to petition government agencies, expose misconduct, and advocate publicly as a DoD whistleblower, thereby chilling her protected speech.

### Count IV – Eighth Amendment (Deliberate Indifference / Cruel Treatment)

26. Defendants' actions—including repeated arrests, coercive supervision, and disregard of Plaintiff's service-connected PTSD—constitute deliberate indifference and cruel treatment in violation of the Eighth Amendment.

## VI. RELIEF REQUESTED

Plaintiff respectfully requests that this Court:

A. Enter a **declaratory judgment** that defendants' acts violated her constitutional rights;

B. Issue **injunctive relief** prohibiting further enforcement of the 2015 order and related unlawful conduct;

C. Award **compensatory damages** in an amount to be determined at trial, but not less than $2 million;

D. Award **punitive damages** against each individual defendant;

E. Grant **reasonable attorneys' fees and costs** under 42 U.S.C. § 1988;

F. Empanel a **jury trial** on all triable issues; and

G. Provide such other and further relief as justice requires.

Plaintiff demands trial by jury on all issues so triable.

## VIII. SIGNATURE

Respectfully submitted,

10-31-25

Candice Haynes, Pro Se
1300 Congress Street SE, Unit 8
Washington, DC 20032
Phone: (202) 926-6388
Email: chaynes0520@gmail.com