UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CANDICE HAYNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 25-3837 (UNA) |
| | ) |
| MARGOT F. REAGAN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION**

This matter is before the Court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court **GRANTS** the application and, for the reasons stated below, **DISMISSES** the complaint and this civil action without prejudice.

It appears that plaintiff's claims arise from the issuance and enforcement of an Indiana state court order in 2015 granting plaintiff's ex-husband custody of their minor child. *See* Compl. ¶¶ 14–15. Subsequent events included plaintiff's arrest by police officers in Washington, DC and Baltimore, MD, *see id*. ¶¶ 17–18, and, it appears, supervision by Maryland's Department of Public Safety and Correctional Services, *see id*. ¶ 19, pursuant to court orders, *see id*. ¶¶ 7, 20. As a result of defendants' actions, plaintiff allegedly suffers "severe emotional distress, reputational harm, financial loss exceeding $70,000 in wages, and damage to her parental relationship." *Id*. ¶ 22. As compensation for alleged violations of rights protected under the First, Fourth, Eighth, and Fourteenth Amendments to the United States Constitution, *see id*. at 5 (page numbers designated by CM/ECF), plaintiff demands a declaratory judgment, compensatory and punitive damages, "injunctive relief prohibiting further enforcement of the 2015 order," and an award of "not less than $2 million," *id*. at 6 (emphasis removed).

1

As drafted, the complaint is deficient in several respects. For starters, the complaint's caption does not include the full residence address or official address of each defendant as is required under Local Civil Rule 5.1(c)(1). More importantly, the complaint fails to contain a short and plain statement of the claim showing that plaintiff is entitled to relief as is required under Federal Rule of Civil Procedure 8. Rule 8's purpose is to give fair notice to the defendants of the claim(s) being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies, *see Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977), and the instant complaint falls short. Missing, for example, are factual allegations regarding the terms of the 2015 court order and any defendant's violation of that order, the dates, places, the circumstances surrounding plaintiff's arrests, and the basis for plaintiff's demand for $2 million.

The Court will therefore **DISMISS** the complaint and this civil action without prejudice. An Order consistent with this Memorandum Opinion is issued separately.

DATE: December 5, 2025

/s/
ANA C. REYES
United States District Judge